UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROBERT WILSON SR.,<br><br>                    Defendant. | 11-CR-84 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached correspondence from defendant Robert Wilson Sr., which the Court treats as a *pro se* motion for compassionate release.  To assure able briefing and thoroughgoing consideration of the issues presented, the Court asks trial counsel for Mr. Wilson to submit a memorandum of law in support of this application.  This letter is due Tuesday, July 21, 2020.  The Government's response is due Thursday, July 23, 2020.  The Court encourages Government and defense counsel to confer in advance of these submissions to assure a full mutual understanding of the issues presented and arguments to be made.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Wilson at FCI Allenwood, P.O. Box 2000, White Deer, PA 17887.

SO ORDERED.

                                                                                    _____
                                                                                    PAUL A. ENGELMAYER
                                                                                    United States District Judge

Dated: July 15, 2020
           New York, New York