UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ROBERT WILSON SR.,

Defendant.

16-CR-317 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached correspondence from defendant Robert Wilson Sr., which the Court treats as a *pro se* motion for compassionate release. This correspondence inadvertently was not attached to the order at Dkt. 643.

The briefing schedule set in Dkt. 643 remains.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Wilson at FCI Allenwood, P.O. Box 2000, White Deer, PA 17887.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2020
       New York, New York

To: The Honorable Kathrine B. Forrest

I hope when this letter reaches you that you and your family is in the best of health thru out these hard times.
My name is Robert Wilson Reg # 75920054
Im not sure if you remember me or not.
I am one of the defendants that you sentenced back on September in 2016 on a conspiracy charge where I was the oldest defendant in the case out of 18 other young men including my son Robert Wilson JR. My attorney was Mr Lawrence A. DuBin. A fine gentleman and a great attorney in my eyes.
    Back in 2016 you sentenced me to 84 months on this case when the plea deal was 151-188 with 0-20 attached to it.
I want you to know from the bottom of my heart that I truely appreciate it that you seen that the crime I was being charged with did not fit the time they was trying to give me.
Back then I can truly say I was upset and very so disappointed because of the amount of time I was sentenced for a crime that had no evidence nor proof,

Because the video's you said you had that the Government presented to you, not once showed me selling drugs or me with drugs in my hand like they said.
I wasn't on no wire taps nor was I involved in any gang activities what so ever.
With all do respect Your Honor,
If you would of truely looked thru the videos Your Honor, you would of seen that I had paper towels in the same hand, a few times thru out different videos. And what blows my mind still to this day Your honor. As smart and clear minded as you are that you could not see that it was tissue in my hand in some of those video's, and on different days I didn't.
And that you would let the Government presuade you to think other wise.
Lets be Honest Your Honor, this is the F.B.I where talking about. These guys have access to Hi definition equipment that can see thru walls if they wanted to. I was beting my life that you guys was gonna zoom in and see that it was tissue in my hand.
And another thing Your Honor, and Im sorry. I just needed to get this off my heart.
IF I was this So called drug dealer for 20 years or so that knows better like mr Eli was pointing out.
Why would I be walking back and fourth in front of cameras with a ball of crack cocaine in my hand

a few times thru out the videos.
It just dosn't make any since what so ever Your Honor.
At the time, I was trying to explain that to you before you sentenced me.
I keep tissue in my hand all day every day because of a gun shot injury that I sustained that permitly disabled my right hand.
I got hit in the right side of my upper back by a stray bullet that caused servere nerve damage that causes my hand to sweat non stop.
Thats why I keep tissue in my hand to help wipe the sweat and to keep it warm at times.
  And when you mentioned about having a fatico.
I was told by my lawyer and the DA that IF I go forward with a fatico that a plea deal would be off the table. (exact words) It was either take the plea deal or go to trail.
And we all no if I would of went to trile with my record I wouldn't of stood a ~~____~~ Chance.
But at the end of the day I cant change the past. I truely wish I can but nobody can't.
All I can do is stay focused on my future.
I had mentioned earlier in this letter that I truely truely appreciate it that You seen a different point of view about this case,

Because these 4 years I spent here in prison really helped me to reflect on life and how I shouldn't have never took it for granted.
It helped me put a much better prospective on life and how family is so much more important.
And I thank you again for helping me see the light.
    Another reason why im writing this letter is on behalf of my health conditions your honor.
With my understanding with this Covid-19 virus thats spreading thru out the systems.
Im afraid its just a matter of time that I would be exposed to this virus with my bad health conditions that i surfer from. I have a long history of Asmha that I been dealing with my whole life.
As a todler to being on breathing rentulaters and as a adult being placed in and out different hospitals thru out my life for my breathing problems.
As of right now Im a border line diabetic which is to hard to contain being that they have us locked in our cells for 22 hours a day.
    Also like I was telling you about the gun shot wound that I sustained in my back.
That injury caused me to go under 2 different surgeries which one of them involved my lungs. Because it had over flooded with blood and fluids that was preventing me from breathing.

And the other one was in my neck where the bullet traveled.

Also in the past I was exposed to turbercolosis in my late teenage years, where I had to take 3 to 4 different kinds of medications in prison for 6 months to save my lungs to help me breath better. Im trying to point out your honor, that my Health and my lungs and breathing is in no shape what so ever to contract this type of virus, Im so afraid that its just a matter of time I would be exposed to this virus thats spreading thru out this system and killing people That I wont make it home to be with my family during these times.

As you know i have 2 children that was blessed to give me 2 Grand babies which are 2 little girls That I so love and miss so much.

One is 8 and the other one is 9 years of age, And Im so disappointed at my self for allowing my selfish behaviors to help lead me to these places during this time of my life.

every day I wake up i regret how my past turned out for the mistakes i have made thru out my life.

As far as my prison sentence goes Your honor,
I have served more than half of the time I was giving.
I have no violent crimes what so ever on my record.
As of Right now Im placed in the R-Dap drug program
that affords me the oppertunity to get the remaining
part of my sentence lifted. But as of right now the
program is on pause because of this virus thats spreading.
The program has been shut down since march your honor.
With my knowledge and with my own eyes there have been
Inmates ~~That~~ have been released and have way much
more servere criminal convictions then I have.
It was explained to me that I would have to write
my Judge and the Warden to see if Im Qualified
for a Copassionate release.
I have written the Warden, and now I writing you your
honor. So with all due respect your honor.
Can you please look in to Seeing if Im Qualified for a
Copassionate release to get home to my family.
Because im already of age were my health has caught
up with me and im afraid I wont make it home to be
there for my family. I truely Thank you for your Time,
and your consideration.

        I truely thank you, god bless.

Robert Wilson #75920054
Allenwood Federal Correctional Institution
PO Box 2000
White Deer PA 17887-2000

RECEIVED
2020 JUL [illegible]

HARRISBURG PA 171
10 JUL 2020 PM 4 L

Clerk of

The Honorable Kathern B. Forrest
United States District Judge
Southern District of New York
United States Court house
500 Pearl Street
New York, [illegible]