UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 16 Cr. 317-17 (PAE) |
| ROBERT WILSON SR., | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On August 31, 2020, the Court granted defendant Robert Wilson Sr.'s motion for compassionate release, pursuant to 18 U.S.C. § 3582(c), and ordered his release from federal custody on September 4, 2020. *See* Dkt. 656. It is hereby further ordered that:

1. Following release from custody, the defendant is to self-quarantine for 14 days and report to the Probation Department at 500 Pearl Street, 6th floor, by 10 a.m. on the 15th day to have a GPS tracker affixed to his ankle;

2. Within 72 hours of his release, the defendant is to contact Supervisory U.S. Probation Officer Enid Febus at (212) 805-5074;

3. The defendant shall serve the first 12 months of supervised release on home incarceration, to be enforced by GPS Monitoring at a residence approved by Probation, and this period of time will be counted as part of the defendant's term of supervision;

4. The defendant must remain at his approved residence at all times, except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department unless it is a medical emergency;

5.      The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.  He must ensure said phone is on at all times and answered; and

6.      The mandatory conditions, standard conditions, and special conditions of supervised release, imposed in connection with the defendant's sentencing, remain in place, for a period of 36 months from the date of the defendant's release.

SO ORDERED.

Dated:      September 3, 2020
            New York, New York


THE HONORABLE PAUL A. ENGELMAYER
United States District Judge